UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HALPERN 2012, LLC, on behalf of themselves and others similarly situated,

      Plaintiff,

v.

CITY OF CENTER LINE,

      Defendant.
_____/

Case No. 18-11887

Honorable Nancy G. Edmunds

## JUDGMENT

Pursuant to the Court's Order filed on this date, July 31, 2019, It is **ORDERED** that Plaintiff's motion for leave to amend its complaint (ECF No. 19) is **GRANTED**; Defendant's motion for summary judgment (ECF No. 24) is **GRANTED IN PART**; Plaintiff is **GRANTED** partial summary judgment under Federal Rule of Civil Procedure 56(f)(1) as to part of Count II declaring the pre-amendment version of § 14-220 of the City of Center Line's Property Maintenance Code unconstitutional; Counts I, III, IV, V, VI, and part of Count II of the complaint seeking damages are **DISMISSED WITH PREJUDICE**; and Plaintiff's motion for class certification (ECF No. 15) is **DISMISSED** as moot.

DAVID WEAVER

Dated: October 13, 2006

By: s/ L. Bartlett
Deputy Clerk

Approved:

s/ Nancy G. Edmunds
NANCY G. EDMUNDS
UNITED STATES DISTRICT JUDGE